# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

JOHN CROSS, *et al.*,              *
                                   *
    Plaintiffs,              *
                                   *
vs.                                *   CIVIL ACTION NO. 25-00108-B
                                   *
PROGRESSIVE CASUALTY INSURANCE     *
COMPANY, *et al.*,                 *
                                   *
    Defendants.              *

### JUDGMENT

In accordance with the order issued on this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that this action is **REMANDED** to the

Circuit Court of Clarke County, Alabama, from whence it came.

**DONE** and **ORDERED** this **27th** day of **January, 2026.**

                                **/s/ SONJA F. BIVINS**
                              **UNITED STATES MAGISTRATE JUDGE**